■ Albert Walroth, Respondent, v. Luries Little Falls Corporation, Defendant, and City of Little Falls, Appellant. Edith Walroth, Respondent, v. Luries Little Falls Corporation, Defendant, and City of Little Falls, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Oneida Special Term denying the motion of defendant, City of Little Falls, for dismissal of the complaint.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ Peter A. Grandits, Respondent, v. New York Central Railroad, Defendant, and F. W. Stock & Sons, Inc., et al., Appellants.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term denying the defendant's motion for leave to serve amended answers.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ Irma T. Petrossi, Appellant, v. Jack Galvin, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by plaintiff from order of Monroe County Court granting the motion of defendant, substituting the name of Irma T. Petrossi in the place and stead of Petrossi Trans Mix Corporation as plaintiff.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ Wesley S. Swanson et al., Appellants, v. Robert G. Walcutt et al., Defendants, and Martin F. O'Brien et al., Respondents.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by plaintiffs from order of Chautauqua Special Term granting a motion to set aside a purported service of summons and complaint.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ John Deere Company of Syracuse, Inc., Respondent, v. Robert D. Henry, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by defendant from order of Onondaga Special Term granting plaintiff's motion to serve a second amended complaint.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ Joseph Barbato et al., Respondents, v. Ida Tuosto et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Monroe Special Term denying defendant's motion to dismiss the complaint; or to make complaint more definite and certain; or to separately state and number and to vacate a warrant of attachment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ Joseph Barbato, Respondent, v. Ida Tuosto, as Administratrix of the Estate of Crescenzo Tuosto, Deceased, Appellant, and Gabriele Canzano, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by Ida Tuosto, as administratrix of the estate of defendant, Crescenzo Tuosto, now deceased, from order of Monroe Special Term continuing the action against her and directing her to discharge a certain mortgage.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.